**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
_____

UNITED STATES OF AMERICA,

        v.                                                                 06-CR-423A
                                                                        **ORDER**

LAURA MAZZI,

        Defendant.
_____

      In 2010, the Court sentenced Laura Mazzi to 30 months' imprisonment and five years' supervised release after she pled guilty to conspiring to distribute methamphetamine, MDMA, and cocaine. Mazzi, proceeding *pro se*, now seeks an order "seal[ing] the felony on [her] record." Docket No. 441 at 2. Mazzi requests that her case be sealed because she would like to "attend college in the medical field, and hopefully complete the RN program through Trocaire." *Id.* at 3. She notes, however, that "the felony on [her] record . . . makes it nearly impossible to do this." *Id.* at 3. Mazzi also states that she would like to volunteer at her son's school, but that she would be "terribly embarrassed" if the fact of her conviction was "known to his teachers." *Id.*

      Mazzi's commitment to bettering herself after her release is commendable. The Second Circuit, however, recently held that district courts lack subject matter jurisdiction to expunge or seal criminal convictions. *See Doe v. United States*, 833 F.3d 192 (2d Cir. 2016).

      Mazzi's motion is therefore denied for lack of jurisdiction.

**SO ORDERED.**

Dated: November 23, 2016                                      __*s/Richard J. Arcara*__
        Buffalo, New York                                 HONORABLE RICHARD J. ARCARA
                                                                 UNITED STATES DISTRICT JUDGE